**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1008**

_____

DANIEL A. ROBERTS,

             Plaintiff - Appellant,

        v.

VIRGINIA BEACH COURT HOUSE; CITY OF VIRGINIA BEACH,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Robert G. Doumar, Senior
District Judge.   (2:15-cv-00510-RGD-RJK)

_____

Submitted:  July 28, 2016          Decided:  August 1, 2016

_____

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Daniel A. Roberts, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel A. Roberts appeals the district court's order dismissing his action under 42 U.S.C. §§ 1983, 1985 (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Roberts' informal brief does not challenge the district court's dispositive analysis, Roberts has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We deny Roberts' motion to reconsider. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED